UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00578 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| MUSTAPHA SESAY, Axxx-xxx-270, a/k/a | § | |
| SHEKU GEBRIL SESAY, Axxx-xxx-480, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PERSONAL SERVICE OF SUMMONS IN A CIVIL ACTION AND COMPLAINT BY THE UNITED STATES MARSHAL'S SERVICE**

Before the Court is the Plaintiff's Motion for Personal Service of Summons in a Civil Action and Complaint by the United States Marshal's Service. [Dkt. 4]. On May 29, 2026, Plaintiff filed its Complaint to Revoke Naturalization in this matter. [Dkt. 1]. The Clerk issued a Summons as to Defendant on May 29, 2026. [Dkt. 3]. Plaintiff files the present motion requesting the Court order the United States Marshal's Service to personally serve the Defendant with the Summons in a Civil Action and Complaint. After considering the Plaintiff's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Motion for Personal Service of Summons in a Civil Action and Complaint by the United States Marshal's Service [Dkt. 4] is hereby **GRANTED**.

It is further **ORDERED** that the Clerk shall forward the Summons and Complaint to the United States Marshal's Service for personal service on the Defendant.

**SIGNED this 10th day of June, 2026.**

Michael J. Truncale
United States District Judge